**Law Offices of S. Henslee Smith**
Richard M. Stoll (Cal Bar No.110020)
1578 North Batavia Street
Orange, California 92867
Tel:  (714) 730-0220
Fax: (714) 832-6009
Attorneys for: Plaintiff, City of Gardena

**Barbanel & Treuer, P.C.**
Alan H. Barbanel (Cal Bar No. 108196)
1925 Century Park East, Suite 350
Los Angeles, California 90067
Tel:  (310) 282-8088
Fax: (310) 282-8779
Attorneys for: Defendant, General Reinsurance Corporation

# United States District Court

## Central District of California, Western Division

| | |
|---|---|
| City of Gardena,<br><br>            Plaintiff,<br>vs.<br><br>General Reinsurance Corporation;<br>and Does 1 to 20,<br><br>            Defendants.<br>_____<br>General Reinsurance Corporation,<br><br>            Counterclaimant,<br>vs.<br><br>City of Gardena,<br><br>            Counterdefendant.<br>_____ | Case No. 2:21-cv-02914-TJH-(AGRx)<br><br>**Order for Dismissal with Prejudice [JS-6]**<br><br>The Hon.<br>Terry J. Hatter, Jr.<br><br>Trial Date: None |

1

Joint Stipulation and Order for Dismissal with Prejudice

The stipulation is approved. The entire action, including the City of Gardena's Complaint and General Reinsurance Corporation's Counterclaim, and all causes of actions and claims stated therein, is hereby dismissed with prejudice.

Dated: MAY 25, 2022

_____
Honorable Terry J. Hatter, Jr.
United States District Judge